UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

RUSSELL CROFT,
    Plaintiff,

-vs-                                Case No. 2:15-cv-12662-TGB-RSW
                                        Hon. Terrence G. Berg
                                        Mag. Judge: R. Steven Whalen

ROTECH HOLDINGS, LTD. and
JOHN DOE,
    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff voluntarily dismisses the above-captioned action with prejudice and without costs or attorney's fees to any party.  The court shall retain jurisdiction only for the purpose of enforcing the settlement of this matter.

                                                          Respectfully Submitted,

                                                          LYNGKLIP & ASSOCIATES
                                                          CONSUMER LAW CENTER, PLC

                                                          By:  /s/ Carl Schwartz
                                                          Carl Schwartz (P-70335)
                                                          Attorney for Russell Croft
                                                          24500 Northwestern Highway, Suite 206
                                                          Southfield, Michigan 48075
                                                          (248) 208-8864
                                                          Carl@MichiganConsumerLaw.Com

Dated: December 3, 2015

## Certificate of Service

I, Carl Schwartz, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                  Respectfully Submitted,

                                  LYNGKLIP & ASSOCIATES
                                  CONSUMER LAW CENTER, PLC

                                  By: /s/ Carl Schwartz
                                  Carl Schwartz (P-70335)
                                  Attorney for Russell Croft
                                  24500 Northwestern Highway, Suite 206
                                  Southfield, Michigan 48075
                                  (248) 208-8864
                                  Carl@MichiganConsumerLaw.Com

Dated: December 3, 2015