UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Russell Croft,

       Plaintiff,                          Case No. 15-12662
                                                Hon. Terrence G. Berg

v.

Rotech Holdings, LTD,

       Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal by Plaintiff (Dkt. #4), this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                                s/Terrence G. Berg
                                                TERRENCE G. BERG
                                                UNITED STATES DISTRICT JUDGE

Dated:  December 3, 2015

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 3, 2015, by electronic means and/or ordinary mail.

                                                  s/A. Chubb
                                                CASE MANAGER
                                                (810) 341-9764